PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

**Name of Offender:** Issac Muldrow

Cr.: 11-101-001
PACTS #: 60650

**Name of Sentencing Judicial Officer:** Jose L. Linares

**Date of Original Sentence:** 01/10/12

**Original Offense:** Possession of a weapon by convicted felon

**Original Sentence:** 3 months imprisonment; 3 years supervised release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** 4/23/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On May 18 and 24, 2012, Muldrow tested positive for marijuana. On July 11, 2012, Muldrow admitted to smoking marijuana on July 4, 2012. |

**U.S. Probation Officer Action:**

We recommend that Muldrow participate in and complete Moral Reconation Therapy (MRT), which is a workshop facilitated by the probation office. MRT is a systematic, cognitive-behavioral, step-by-step treatment program that has resulted in significantly lower levels of rearrests and reincarcerations in participants by recognizing and changing negative and criminal thinking patterns. If Your Honor agrees with our plan, the probation office will also present a copy of this order to the offender as a formal written reprimand. We will advise the Court of any additional noncompliance.

Respectfully submitted,

Maureen
By: Amy J. Capozzolo Kelly
U.S. Probation Officer
Date: 07/12/12

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

7/17/12
Date